# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 8, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

149180(62)

FEDERAL INSURANCE DEPOSIT
CORPORATION, as Receiver for
WARREN BANK,
       Plaintiff-Appellee,

v

MICHAEL TORRES,
       Defendant-Appellant.
_____/

SC: 149180
COA: 311277
Macomb CC: 2009-004273-CK

      On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing a reply is GRANTED. The reply will be accepted as timely if filed on or before July 11, 2014.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 8, 2014

Clerk